No. 8990

FIRST NATIONAL BANK OF FORT COLLINS *v.* DANIELS MERCANTILE
COMPANY.

Judgment affirmed, on the authority of *First National Bank of Fort
Collins v. Shafer et al., ante.*

Error to *Weld County Court, Hon. Herbert M. Baker, Judge.*

Messrs. LEE & SHAW, for plaintiff in error.

Mr. JOHN PAUL LEE, for defendant in error.

Chief Justice Hill delivered the opinion of the court:

This action was tried with No. 8989, *The First National Bank of
Fort Collins,* plaintiff in error, *v. John E. Shafer and Bert A. Shafer,*
doing business as *The Shafer Hardware Company,* defendants in
error. The same state of facts applies to both. The opinion in the
other case controls this and justifies an affirmance of the judgment,
which is ordered.

*Affirmed.*

Decision *en banc.*

Justices White, Garrigues and Bailey dissent.

---

No. 8861

LEVY CONSTRUCTION COMPANY *v.* TEMPLETON.

Judgment affirmed, on the authority of *Levy Company v. McGonagle,*
No. 8863, Col., 170 Pac. 1183.

Error to *Moffat District Court, Hon. John T. Shumate, Judge.*

Mr. FRANK MCLAUGHLIN and Mr. WALTER M. APPEL, for plaintiff
in error.

*Per Curiam.*

This case was consolidated and tried with the case of *Levy Con-
struction Co. et al. v. McGonagle,* No. 8863, decided at this term of
court and upon the authority of that case the judgment is affirmed.

Judgment affirmed.

*Per Curiam:*